IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD P COOPER,

    Plaintiff,

v.                                              CASE NO. 4:08-cv-00479-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 22, Report and Recommendation regarding Doc. 1, Complaint filed by Donald P. Cooper. The Magistrate Judge has recommended that the decision of the Commissioner to deny Plaintiff's application for Social Security benefits be reversed and the Commissioner ordered to grant Plaintiff's applications for benefits. Defendant has not objected to this Recommendation, and the time for doing so has passed. Finding no plain error in the Magistrate's analysis, it is therefore

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge, Doc. 22, is ADOPTED and incorporated herein.

2.     The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is REVERSED and the Commissioner is ordered to grant Plaintiff's application for benefits.

    **DONE AND ORDERED** this __6th__ day of October, 2009



                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge