IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD P COOPER,

    Plaintiff,

v.                                          CASE NO. 4:08-cv-00479-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Motion for Attorney Fees under the Equal Access to Justice Act by Donald P. Cooper, Doc. 26. The Commissioner has responded, Doc. 27, and consents to the award of $3,315.90 to Plaintiff's counsel as per Plaintiff's affidavit assigning fees to Plaintiff's counsel. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. Motion for Attorney Fees, Doc. 26, is GRANTED.

2. The Commissioner shall pay $3,315.90 directly to Heather Freeman, Esq., counsel for Plaintiff.

**DONE AND ORDERED** this  *13th* day of January, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge