IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DONALD P COOPER,

    Plaintiff,

v.                                  CASE NO. 4:08-cv-00479-MP -WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Motion for Attorney Fees Authorization Pursuant to the Social Security Act Corrected by Donald P. Cooper, Doc. 30. Plaintiff's attorney requests fees totaling $19,272.60, net of fees already awarded under the Equal Access to Justice Act, for the 16.3 attorney hours and 8 paralegal hours spent on this case. Defendant has responded, calling upon the Court to consider the overall reasonableness of the request given all the circumstances.

One of the important circumstances to consider is that the award of attorney's fees under the Social Security Act comes out of the award to the Plaintiff. Accordingly, it is

    **ORDERED AND ADJUDGED:**

1.    Plaintiff's attorney is DIRECTED to advise Plaintiff of the attorney fee request and have the client state, in writing, if he objects to the amount of the award, knowing that it comes out of his money and is not an extra paid by the Government. Plaintiff's attorney shall then file that statement with the Court.

    **DONE AND ORDERED** this _28th_ day of July, 2010

                        *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge